**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-0352-WJM-KMT

TANIA PELTON,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

---

**ORDER DISMISSING PLAINTIFF'S SECOND AND THIRD CLAIMS**

---

This matter is before the Court on the Parties' Stipulation for Dismissal of Plaintiff's Second and Third Claims filed December 19, 2013 (ECF No. 14). The Court having reviewed the Stipulation and being fully advised hereby ORDERS as follows:

Plaintiff's Second and Third claims against Defendant State Farm Mutual Automobile Insurance Company are hereby DISMISSED WITH PREJUDICE. Each party shall pay her or its own attorney's fees and costs.

Dated this 20th day of December, 2013.

                                    BY THE COURT:

                                    _____
                                    William J. Martínez
                                    United States District Judge